# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| VERONICA HAMPTON; SERGIO HERNANDEZ; KENDRICK ISOM; DARIEN BETHANCOURT; and KEVIN GUILLORY, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> MCDERMOTT INTERNATIONAL, INC.; and CB&I, LLC, <br><br> *Defendants*. | CIVIL ACTION NO.: <br> 2:19-CV-00200 (DCJ)(KK) |

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their counsel of record, jointly notify the Court that the Parties have reached an agreement in principle to settle the above-referenced litigation. The parties accordingly request entry of a conditional dismissal for sixty (60) days, allowing for reinstatement of the matter if settlement is not confected within sixty (60) days.

Dated: September 18, 2024

Respectfully submitted,

/s/ *Jay D. Ellwanger*
Jay D. Ellwanger
*admitted pro hac vice*
Texas State Bar No. 24036522
jellwanger@equalrights.law
**Ellwanger Henderson LLLP**
11149 Research Blvd., Ste. 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile: (737) 808-2262

Philip Bohrer
Louisiana State Bar No. 14089
phil@bohrerbrady.com
**Bohrer Brady LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297

*Robert J. Valli, Jr.*
*admitted pro hac vice*
rvalli@vkvlawyers.com
Alexander M. White
*admitted pro hac vice*
awhite@vkvlawyers.com
**Valli Kane & Vagnini LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Hal D. Ungar*
Hal D. Ungar
hal.ungar@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3853

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.

                                                       */s/ Jay D. Ellwanger*
                                                       Jay D. Ellwanger